THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 03 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02621-BNB

ANTHONY ESCOBEDO,

Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO

Respondent.

## ORDER OF DISMISSAL

Applicant, Anthony Escobedo, a detainee at the Denver County Jail in Denver, Colorado, initiated this action by filing a pleading titled "Motion for Writ of Habeas Corpus '1303.'" In an order entered on October 27, 2010, Magistrate Judge Boyd N. Boland instructed Mr. Escobedo to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Escobedo to file his claims on a Court-approved form that is used in filing 28 U.S.C. § 2254 actions. Magistrate Judge Boland also directed Mr. Escobedo either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Escobedo now has failed to file his claims on a proper Court-approved form as he was instructed to do and either submit a 28 U.S.C. § 1915 Motion and Affidavit or pay the $5.00 filing fee. Mr. Escobedo, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the habeas application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies. It is

FURTHER ORDERED that no certificate of appealability shall issue because Mr. Escobedo has not made a substantial showing that jurists of reason would find it debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this  3rd  day of     December    ,
2010.                          BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02621-BNB

Anthony Escobedo
Prisoner No. 430066
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/3/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk